# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRYL TURNER,<br><br>　　　　Plaintiff,<br>v.<br>NAVY FEDERAL CREDIT UNION,<br><br>　　　　Defendant. | Case No. 23cv716-W (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE IN-PERSON EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE AND THE REQUIRED FILINGS [ECF NO. 13]** |

The parties filed a Joint Motion to Continue the In-Person Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") and the Required Filings on September 15, 2023. (ECF No. 13.) The parties ask the Court for a second continuance of the ENE/CMC, from September 22 to October 27, 2023, because the parties have begun settlement discussions and they would like an opportunity to resolve their dispute before any further filings or appearances are necessary. (<u>Id.</u> at 2.) Finding good cause, the Court GRANTS the joint motion as follows:

　　　　1.　　The ENE and CMC are **CONTINUED** to <u>**October 27, 2023**</u>, at **9:30 a.m.**

/ / /

/ / /

2. Confidential ENE Statements and the Joint Discovery Plan are due on **October 20, 2023**.

**IT IS SO ORDERED.**

Dated: September 15, 2023

Honorable Michael S. Berg
United States Magistrate Judge