1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 DERRYL TURNER, | Case No. 23cv716-W (MSB) |
| 12           Plaintiff, | |
| v. | **ORDER GRANTING SECOND JOINT MOTION TO CONTINUE THE IN-PERSON EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE AND THE REQUIRED FILINGS [ECF NO. 15]** |
| 13 NAVY FEDERAL CREDIT UNION, | |
| 14           Defendant. | |
| 15 | |
| 16 | |

17

18      The parties filed a Second Joint Motion to Continue the In-Person Early Neutral

19 Evaluation ("ENE") and Case Management Conference ("CMC") and the Required

20 Filings on October 20, 2023.  (ECF No. 15.)  The parties ask the Court for a second

21 continuance of the ENE/CMC, October 27, 2023, to December 8, 2023, to allow the

22 parties to continue their settlement discussions so they might resolve their dispute

23 without incurring additional legal fees.  (Id. at 2.)  Finding good cause, the Court

24 **GRANTS** the joint motion as follows:

25      1.      The ENE and CMC are **CONTINUED** to **December 8, 2023**, at **9:30 a.m.**

26 / / /

27 / / /

28

1      2.      Confidential ENE Statements and the Joint Discovery Plan are due on

2 **<u>December 1, 2023</u>**.

3           **IT IS SO ORDERED.**

4 Dated: October 20, 2023

5

6                                                        Honorable Michael S. Berg

7                                                        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE THE IN-PERSON ENE AND CMC AND THE REQUIRED FILINGS**