UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRYL TURNER,<br><br>                        Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>                        Defendant. | Case No.: 23-cv-00716-W-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 19]** |

      Pending before the Court is Plaintiff Derryl Turner and Defendant Navy Federal Credit Union's (collectively, the "Parties") joint motion to dismiss with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). ([Doc. 19], "Joint Motion".)  Having reviewed the moving papers and good cause appearing, the Court **GRANTS** the Joint Motion and **ORDERS** the case **DISMISSED WITH PREJUDICE**.  The Parties shall each bear their own costs and attorneys' fees.

      **IT IS SO ORDERED.**

Dated: January 2, 2024

                                              _____
                                              Hon. Thomas J. Whelan
                                              United States District Judge